UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Crim. No. 20-678 (CCC) |
| MARC BASS | : | **SUBSTITUTION OF ATTORNEY** |

PLEASE TAKE NOTICE that the above-captioned matter has been reassigned to Garrett J. Schuman, Assistant United States Attorney (garrett.schuman@usdoj.gov), in substitution for Chelsea Coleman, who previously appeared in this matter.

ALINA HABBA
United States Attorney

*/s/ Garrett J. Schuman*
By: GARRETT J. SCHUMAN
Assistant U.S. Attorney

Dated: July 25, 2025